# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

IN RE: RICHARD J. DUFFIN VARIABLE   :   No. 116 WM 2020
TRUST AGREEMENT DATED AUGUST 9,   :
1993  TRUST FBO MARTHA J. DUFFIN   :
EXEMPT   :
  :
  :
PETITION OF: MARTHA J. DUFFIN   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.